IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SALLAH HAMAMIN ABDULLA | : | CIVIL ACTION |
| | : | |
| v. | : | No. 12-2590 |
| | : | |
| THE EMBASSY OF IRAQ AT WASHINGTON, DC | : : | |

### ORDER

AND NOW, this 9th day of September, 2013, for the reasons set forth in the accompanying Memorandum, it is ORDERED pro se Plaintiff Sallah Hamamin Abdulla's Motion for Default Judgment (Document 32) is DENIED based on the existing record. Abdulla shall have until September 30, 2013, to notify this Court whether he wishes to seek reconsideration or to present additional evidence to establish his right to relief under the applicable law. Alternatively, if Abdulla does not wish to pursue further relief from this Court, he shall have until September 30, 2013, to show cause why this case should not be dismissed.[1]

BY THE COURT:

  /s/ Juan R. Sánchez
Juan R. Sánchez, J.

---

[1] Because Defendant has declined to respond to Abdulla's Complaint, this Court can only grant Abdulla relief by way of a default judgment, which the Court can only enter if Abdulla "establishes his claim or right to relief by evidence satisfactory to the court." 28 U.S.C. § 1608(e). For the reasons set forth in the accompanying Memorandum, the Court has concluded Abdulla has not made the required showing based on the current record. Therefore, unless Abdulla wishes to seek reconsideration or to present additional evidence to establish his claim, the Court is unable to grant relief.